■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELAINE MARCHETTI, Appellant. [809 NYS2d 911]—

Judgment, Supreme Court, New York County (Bernard J. Fried, J., at plea; Micki Scherer, J., at sentence), rendered July 28, 2004, convicting defendant, upon her plea of guilty, of reckless endangerment in the first degree, and sentencing her to a term of six months concurrent with five years' probation, unanimously affirmed.

The record establishes the voluntariness of the plea (*see People v Fiumefreddo*, 82 NY2d 536 [1993]). On the totality of the record, defendant unequivocally acknowledged her guilt. During the allocution, the court asked appropriate clarifying questions that elicited defendant's unequivocal admission to the crime charged (*see People v Lopez*, 71 NY2d 662, 666 [1988]). Accordingly, the plea court properly denied defendant's motion to withdraw her plea. Concur—Buckley, P.J., Marlow, Sullivan, Catterson and McGuire, JJ.